UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                              :

UNITED STATES OF AMERICA

                                                              :    **ORDER**

- v. -
                                                              :

GERSON MORALES-PLUMEI,                23 Cr. 582 (PAE)
                                                             :

  Defendant.
                                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      WHEREAS, a hearing has been set by this Court for November 14, 2024, to hear evidence concerning reported violations of the conditions of supervised release by the defendant, Gerson Morales-Plumei;

      AND WHEREAS, the Government has requested access to the case file maintained by the U.S. Probation Office for the relevant United States Probation Office for the defendant, Gerson Morales-Plumei, including records of communications and supervision activity, so as to prepare for the hearing and to comply with the Government's obligations pursuant to the Federal Rules of Criminal Procedure; *Brady v. Maryland*, 373 U.S. 83 (1963); *United States v. Giglio*, 405 U.S. 763 (1972), and its progeny; and Title 18, United States Code, Section 3500;

      IT IS HEREBY ORDERED that the U.S. Probation Office for the relevant United States Probation Office for the defendant provide a copy of the case file maintained for the defendant, Gerson Morales-Plumei, including copies of communications and supervision activity, to the Government for its review.

SO ORDERED:

Dated:    November  8 , 2024
              New York, New York

                                                     *Paul A. Engelmayer*
                                                 HON. PAUL A. ENGELMAYER
                                                 United States District Judge

The Clerk of Court is requested to terminate the motion at Dkt. No. 13.